UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL KILEY, | : |
| Plaintiff, | : Civil Action No. 09-3549(KSH) |
| V. | : ORDER ON INFORMAL |
| NRT TITLE AGENCY, | :             APPLICATION |
| Defendant. | : |

This matter having come before the Court by way of letters dated December 3, 2009 and December 4, 2009, regarding information sought concerning the use of i-closing software;

and the plaintiff advising the Court that it intends to withdraw allegations concerning this software and file an Amended Complaint;

and the Court determining that the issues raised in defendant TRG's letter complaining about the sufficiency of disclosures concerning software allegation are moot;

IT IS THEREFORE ON THIS 4th day of December, 2009

ORDERED that the request for court-intervention is moot and that no telephone conference on the subjects embodied in the letter will be convened.

s/Patty Shwartz
**United States Magistrate Judge**