UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL KILEY and CRISTINA R. KILEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NRT TITLE AGENCY, LLC,<br><br>Defendant. | Civ. Action No. 09-3549<br><br>**ORDER GRANTING MOTION TO DISMISS** |

This matter having come before the Court on defendant's motion to dismiss the second amended complaint pursuant to FRCivP 12(b)(6) [D.E. 17]; and for the reasons set forth in the written decision of the Court filed herewith,

It is on this 16th day of June, 2010

**ORDERED** that defendant's motion is granted; and it is further

**ORDERED** that, the Court having declined to exercise supplemental jurisdiction over the state court claims that remain, the second amended complaint is dismissed and the Clerk is directed to close this case.

/s/ Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.